action claimed is based on the ground that defendant could not convey a title according to the contract, and was in default.

*Charles T. Adams* and *James L. Quackenbush* for appellant.

*Abram I. Elkus* and *Wesley S. Sawyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.

---

BERNARD WESSELS, Respondent, *v.* GEORGE W. LINCH, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.

*Wessels v. Linch,* 166 App. Div. 919, affirmed.
(Argued June 9, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 28, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant. The plaintiff sustained his injuries at the intersection of Ninety-second street and Second avenue, city of New York, as he was driving a large four-wheeled dump wagon in a westerly direction across the defendant's north-bound trolley track. The plaintiff s cart was struck in the rear wheel by a north-bound car, and he was jarred off his seat. The defense was contributory negligence.

*Charles H. Tuttle, Harold R. Medina* and *Charles E. Chalmers* for appellant.

*Michael J. Horan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.